IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:13-CV-72-BR

| | | |
|---|---|---|
| PATRICIA SUTHERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WELLS FARGO BANK, N.A., and GRADY | ) | |
| I. INGLE and ELIZABETH B. ELLS, | ) | |
| Substitute Trustee, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is the motion (D.E. 23) filed by plaintiff Patricia Sutherland seeking a stay of all discovery proceedings pending resolution of her motion to remand (D.E. 8) and the motion to dismiss (D.E. 13) filed by defendant Wells Fargo Bank, N.A. Plaintiff contends that resolution of the motion to remand and motion to dismiss may obviate certain discovery and that deferral of discovery until after such resolution would preserve the court's and the parties' time and other resources. Defendants do not object to the relief requested.

The court finds that good cause has been shown for the stay requested. The motion is therefore ALLOWED, and all discovery proceedings in this case, including conducting a Fed. R. Civ. P. 26(f) conference and filing of a discovery plan, are STAYED pending resolution of the motion to remand and motion to dismiss. To the extent that any claims remain in this court following resolution of those motions, the parties shall file a proposed discovery plan within 30 days following entry of such order.

SO ORDERED, this the 15 day of July 2013.

/s/ James E. Gates
James E. Gates
United States Magistrate Judge